**STATE of Missouri, Respondent,**

v.

**Susan M. MOORE, Appellant.**

**No. WD 52809.**

Missouri Court of Appeals,
Western District.

Nov. 18, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 23, 1997.

Susan McGraugh, Asst. Atty. Gen., St. Louis for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, C.J., P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Susan M. Moore appeals from her conviction of distribution of a controlled substance

near a school, section 195.214, RSMo 1994, and possession of a controlled substance, section 195.202, RSMo 1994. Ms. Moore was sentenced as a prior offender, section 558.016, RSMo 1994, to concurrent terms of fifteen and seven years imprisonment, respectively. She claims four points of error allegedly made during trial: (1) the trial court failed to exclude *sua sponte* an alleged hearsay statement; (2) her defense counsel questioned her about alleged privileged communications in court; (3) the trial court did not exclude *sua sponte* police testimony about known drug users visiting Ms. Moore at the scene of her arrest; and (4) the verdict finding instruction was erroneous.

The judgment of convictions is affirmed. Rule 30.25(b).